**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Daniel A. Watson** | Social Security number or ITIN   xxx–xx–0640 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kathie J. Watson** | Social Security number or ITIN   xxx–xx–8060 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **13–21044–JAD**

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel A. Watson                                                        Kathie J. Watson

<u>6/1/18</u>                                                                **By the court:**   <u>Jeffery A. Deller</u>
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 13-21044-JAD
Daniel A. Watson                                                 Chapter 13
Kathie J. Watson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Jun 01, 2018
                              Form ID: 3180W          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db/jdb         +Daniel A. Watson,    Kathie J. Watson,    177 Stone Church Road,    Hunker, PA 15639-1275
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
intp           +Cannon Boilerworks,    Attn: Payroll Department,    510 Constitution Blvd.,
                 New Kensington, PA 15068-6599
cr             +MidFirst Bank,    Aldridge Pite LLP,    4375 Jutland Dr Ste 200,    San Diego, CA 92117-3600
13679015       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13587305       +Citi Mortgage Company,    14700 Citicorp Drive,    Hagerstown, MD 21742-2205
13636850        CitiMortgage, Inc.,    P O Box 688971,    Des Moines, IA 50368-8971
13587307       +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
13587309       +Elliott Federal Credit Union,    920 N. 4th St.,    Jeannette, PA 15644-1499
13597668       +Elliott Federal Credit Union,    P.O. Box 622,    Jeannette, PA 15644-0622
13587310        Internal Revenue Service,    Andover, MA 01810-4544
14370299       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
13587318       +The Home Depot,    P.O. Box 790328,    Saint Louis, MO 63179-0328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 02 2018 02:22:29      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Jun 02 2018 06:08:00      PRA Receivables Management, LLC,    POB 41067,
                 NORFOLK, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Jun 02 2018 06:08:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13649628       +E-mail/Text: bncmail@w-legal.com Jun 02 2018 02:22:52      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13587306       +EDI: CITICORP.COM Jun 02 2018 06:08:00      Citibank,    P.O. Box 6500,
                 Sioux Falls, SD 57117-6500
13587308        EDI: RCSFNBMARIN.COM Jun 02 2018 06:08:00      Credit One Bank,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
13587316        EDI: DISCOVER.COM Jun 02 2018 06:08:00      The Discover Card,    P.O. Box 30943,
                 Salt Lake City, UT 84130
13593681        EDI: DISCOVER.COM Jun 02 2018 06:08:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
13587311       +EDI: IRS.COM Jun 02 2018 06:08:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13638102        EDI: RESURGENT.COM Jun 02 2018 06:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13587313        EDI: HFC.COM Jun 02 2018 06:08:00      Orchard Bank,    c/o HSBC Card Services,    P.O. Box 81622,
                 Salinas, CA 93912-1622
13671694        EDI: PRA.COM Jun 02 2018 06:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk, VA 23541
13873484        EDI: PRA.COM Jun 02 2018 06:08:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
13595979        EDI: RECOVERYCORP.COM Jun 02 2018 06:08:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13587314        EDI: RMSC.COM Jun 02 2018 06:08:00      Sam's Club,    c/o GE Capital Retail Bank,
                 P.O. Box 965003,    Orlando, FL 32896-5003
13587315        EDI: SEARS.COM Jun 02 2018 06:08:00      Sears Mastercard,    P.O. Box 6282,
                 Sioux Falls, SD 57117-6282
13597675        EDI: CHRYSLER.COM Jun 02 2018 06:08:00      TD Auto Finance,    PO Box 9001921,
                 Louisville, KY 40290-1921
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIMORTGAGE, INC.
cr              Elliott Federal Credit Union
cr              TD Auto Finance LLC f/k/a Chrysler Financial Ameri
13597664*      +Citi Mortgage Company,    14700 Citicorp Drive,    Hagerstown, MD 21742-2205
13597665*      +Citibank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13597666*      +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
13597667*       Credit One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
13587317*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: The Discover Card,    P.O. Box 30943,    Salt Lake City, UT 84130)
13597676*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: The Discover Card,    P.O. Box 30943,    Salt Lake City, UT 84130)
13597677*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: The Discover Card,    P.O. Box 30943,    Salt Lake City, UT 84130)

```
District/off: 0315-2          User: culy                 Page 2 of 2                  Date Rcvd: Jun 01, 2018
                              Form ID: 3180W             Total Noticed: 30


              ***** BYPASSED RECIPIENTS (continued) *****
13587312*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    c/o Edward Laubach, Esquire,
                 Room 806 Federal Building,    1000 Liberty Avenue,    Pittsburgh, PA 15222)
13597671*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    c/o Edward Laubach, Esquire,
                 Room 806 Federal Building,    1000 Liberty Avenue,    Pittsburgh, PA 15222)
13597669*       Internal Revenue Service,    Andover, MA 01810-4544
13597670*      +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
13597672*       Orchard Bank,   c/o HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
13597673*       Sam's Club,   c/o GE Capital Retail Bank,    P.O. Box 965003,    Orlando, FL 32896-5003
13597674*       Sears Mastercard,    P.O. Box 6282,   Sioux Falls, SD 57117-6282
13597678*      +The Home Depot,    P.O. Box 790328,   Saint Louis, MO 63179-0328
                                                                                 TOTALS: 3, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          Kenneth Steidl    on behalf of Joint Debtor Kathie J. Watson julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Kenneth Steidl    on behalf of Debtor Daniel A. Watson julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Martin A. Mooney    on behalf of Creditor   TD Auto Finance LLC f/k/a Chrysler Financial Americas
           LLC ahight@schillerknapp.com,
           kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronald J. Bergman    on behalf of Creditor   Elliott Federal Credit Union ronaldjb@verizon.net
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```