IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANIEL A. WATSON
KATHIE J. WATSON
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 13-21044-JAD

Chapter 13

Related To Doc. No. 70

## ORDER OF COURT

    **AND NOW**, this <u>**1st**</u> day of **June**, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
6/1/18 6:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ mas
JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Daniel A. Watson
Kathie J. Watson
    Debtors

Case No. 13-21044-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 2      Date Rcvd: Jun 01, 2018
                               Form ID: pdf900      Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
```
db/jdb         +Daniel A. Watson,    Kathie J. Watson,    177 Stone Church Road,    Hunker, PA 15639-1275
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
intp           +Cannon Boilerworks,    Attn: Payroll Department,    510 Constitution Blvd.,
                 New Kensington, PA 15068-6599
cr             +MidFirst Bank,    Aldridge Pite LLP,    4375 Jutland Dr Ste 200,    San Diego, CA 92117-3600
13679015       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13587305       +Citi Mortgage Company,    14700 Citicorp Drive,    Hagerstown, MD 21742-2205
13636850        CitiMortgage, Inc.,    P O Box 688971,    Des Moines, IA 50368-8971
13587306       +Citibank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13587307       +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
13587309       +Elliott Federal Credit Union,    920 N. 4th St.,    Jeannette, PA 15644-1499
13597668       +Elliott Federal Credit Union,    P.O. Box 622,    Jeannette, PA 15644-0622
13587310        Internal Revenue Service,    Andover, MA 01810-4544
14370299       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
13587313        Orchard Bank,    c/o HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
13587315        Sears Mastercard,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13597675        TD Auto Finance,    PO Box 9001921,    Louisville, KY 40290-1921
13587318       +The Home Depot,    P.O. Box 790328,    Saint Louis, MO 63179-0328
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2018 02:20:33
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Jun 02 2018 03:08:16
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13649628       +E-mail/Text: bncmail@w-legal.com Jun 02 2018 02:22:52      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13587308        E-mail/PDF: creditonebknotifications@resurgent.com Jun 02 2018 02:20:47      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
13587316        E-mail/Text: mrdiscen@discover.com Jun 02 2018 02:22:11      The Discover Card,    P.O. Box 30943,
                 Salt Lake City, UT 84130
13593681        E-mail/Text: mrdiscen@discover.com Jun 02 2018 02:22:11      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13587311       +E-mail/Text: cio.bncmail@irs.gov Jun 02 2018 02:22:18      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13638102        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2018 02:26:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13671694        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2018 02:20:46
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
13873484        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2018 02:20:20
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13595979        E-mail/PDF: rmscedi@recoverycorp.com Jun 02 2018 03:08:18
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13587314        E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2018 02:20:17      Sam's Club,
                 c/o GE Capital Retail Bank,    P.O. Box 965003,    Orlando, FL 32896-5003
                                                                                              TOTAL: 12
```

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              CITIMORTGAGE, INC.
cr              Elliott Federal Credit Union
cr              TD Auto Finance LLC f/k/a Chrysler Financial Ameri
13597664*      +Citi Mortgage Company,    14700 Citicorp Drive,    Hagerstown, MD 21742-2205
13597665*      +Citibank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13597666*      +Citizens Bank,    One Citizens Plaza,    Providence, RI 02903-1339
13597667*       Credit One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
13587317*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: The Discover Card,    P.O. Box 30943,    Salt Lake City, UT 84130)
13597676*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: The Discover Card,    P.O. Box 30943,    Salt Lake City, UT 84130)
13597677*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: The Discover Card,    P.O. Box 30943,    Salt Lake City, UT 84130)
13587312*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    c/o Edward Laubach, Esquire,
                 Room 806 Federal Building,    1000 Liberty Avenue,    Pittsburgh, PA 15222)
13597671*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    c/o Edward Laubach, Esquire,
                 Room 806 Federal Building,    1000 Liberty Avenue,    Pittsburgh, PA 15222)
```

```
District/off: 0315-2            User: culy              Page 2 of 2                 Date Rcvd: Jun 01, 2018
                                Form ID: pdf900         Total Noticed: 29


              ***** BYPASSED RECIPIENTS (continued) *****
13597669*          Internal Revenue Service,    Andover, MA 01810-4544
13597670*         +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
13597672*          Orchard Bank,    c/o HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
13597673*          Sam's Club,    c/o GE Capital Retail Bank,    P.O. Box 965003,    Orlando, FL 32896-5003
13597674*          Sears Mastercard,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13597678*         +The Home Depot,    P.O. Box 790328,    Saint Louis, MO 63179-0328
                                                                                         TOTALS: 3, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
```
              James   Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Joint Debtor Kathie J. Watson julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Debtor Daniel A. Watson julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Martin A.   Mooney    on behalf of Creditor    TD Auto Finance LLC f/k/a Chrysler Financial Americas
               LLC ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronald J.   Bergman    on behalf of Creditor    Elliott Federal Credit Union ronaldjb@verizon.net
              Ronda J.   Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 7
```